**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| INTERNATIONAL COUNCIL OF SHOPPING CENTERS, INC., § § § *Plaintiff*, § § v. § § INFO QUARTER LLC, § and SANKALP SHETTAR, § § *Defendants*. § | Case Number: 17-cv-5526 **CLERKS CERTIFICATE OF DEFAULT** |

    I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action was commenced on July 20, 2017 with the filing of a summons and complaint, a copy of the summons and complaint was served on Defendant Info Quarter, LLC by first class mail on its registered agent Incorp Services, Inc, at the following address: 919 North Market Street, Suite 950, Wilmington, DE 19801, on August 8, 2017, and proof of service was filed on January 16, 2019. Docs. # 1, 71. I certify that the docket entries indicate that Plaintiff International Council of Shopping Centers, Inc. filed a Second Amended Complaint on January 18, 2018, which added Defendant Sankalp Shettar. Doc. # 46. I certify that the docket entries indicate that Defendants Info Quarter, LLC and Sankalp Shettar, through their attorney David Dong Ann Lin, moved to dismiss the Second Amended Complaint on February 9, 2018. Doc. # 47. I certify that the docket entries indicate that on November 21, 2018 Defendants Info Quarter, LLC and Sankalp Shettar's attorney David Dong Ann Lin moved to withdraw as counsel. Doc. # 61. I certify that the docket entries indicate that on November 27, 2018, the Court granted attorney David Dong Ann Lin's motion to withdraw and the Court stayed the action for thirty (30) days "to allow Defendants to obtain new counsel and for that new counsel to file a notice of appearance or, alternatively, for the individual Defendant pro se to

file a notice of appearance." Doc. # 65. I certify that the docket entries indicate that on January 8, 2019 the Court stated that "[t]o date, no new counsel has appeared on behalf of Defendants, nor has the individual Defendant pro se filed a notice of appearance. Within fourteen days of this order, Plaintiff shall move for default judgment against Defendants pursuant to this Court's Individual Practices in Civil Cases." Doc. # 68. I further certify that the docket entries indicate that no new counsel has appeared on behalf of Defendants Info Quarter, LLC and Sankalp Shettar, nor has the individual Defendant Sankalp Shettar pro se filed a notice of appearance. The default of Defendants Info Quarter, LLC and Sankalp Shettar is hereby noted.

Dated: New York, New York ,

_____, 20\_\_\_\_             RUBY J. KRAJICK
                                          Clerk of Court


                                          By: _____
                                          Deputy Clerk