# Scoolidge Peters Russotti & Fox

135 Madison Avenue, Fifth Floor | New York, NY 10016

**Peter Scoolidge**
Partner
peter@sprfllp.com
(212) 729-7708

January 22, 2019

**VIA ECF**

Hon. Alison J. Nathan
United States District Judge
40 Foley Square, Room 2102
New York, New York 10007

      Re:    *International Council of Shopping Center, Inc. v. Info Quarter LLC, et al.*:  **17-cv-5526**

Dear Judge Nathan:

      I represent the Plaintiff International Council of Shopping Centers, Inc. ("ICSC") in the above-referenced matter.  On January 8, 2019, the Court entered an Order requiring the Plaintiff to file a motion for default judgment against the Defendants by January 22, 2019.  (Dkt. No. 68). The complex nature of this matter, involving many consolidated matters and a relatively long litigation history preceding the Defendants' default, has caused delays in preparing an attorneys' fees affidavit.  Accordingly, <u>the Plaintiff hereby requests a short one-week adjournment of the deadline set forth in the January 8, 2019 Order to file a motion for default judgment against the Defendants</u>.

      Sincerely,

      Peter Scoolidge

cc:    Counsel Listed on ECF